UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARCUS WHITE,<br>TDCJ No. 1625812,<br>　　Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN,<br>Director, Texas Department of<br>Criminal Justice—Correctional<br>Institutions Division,<br>　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-22-CV-127-FM |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Marcus White's *pro se* "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" (ECF No. 1) is **DENIED**, and his civil cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Marcus White is **DENIED** a certificate of appealability.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** this 15th day of August 2022.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE